RE: # 09-18717-JKF

Nov. 21, 2009

Bu Express Mail                    VIRGIL LIPTAK

designedfinancial
@yahoo.com

Clerk of Court
Bankruptcy ED PA at Philadelphia
NIX BLDG Ste 400
900 Market St
Philadelphia, PA 19107

Dear Court Personnel:

Please file stamp and file in the Record the enclosed Objections/Request and the MATRIX as required and a copy of my Request for WAIVER please Email me the file marked pages at my address above.

Virgil Liptak
prose.

**FILED**
NOV 23 2009
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK